1 | SCOTT N. SCHOOLS (SC 9990)
United States Attorney

2

3 | BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

4 | ANDREW P. CAPUTO (CABN 203655)
Assistant United States Attorney

5

6 | 450 Golden Gate Ave (11th Floor)
San Francisco, CA 94102
Telephone: (415) 436-7200

7 | Facsimile: (415) 436-7234
Email: andrew.caputo@usdoj.gov

8

9 | Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3 07 70... |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| JEFF CHOW, | ) | |
| Defendant. | ) | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure that on December 3, 2007, the above-named defendant was arrested based upon an arrest warrant (copy attached) issued upon an

  X  Indictment

  ☐  Information

  ☐  Criminal Complaint

  ☐  Other (describe) _____

pending in the Western District of Washington, Case Number CR 07-0387 JLR .

1

1    In that case, the defendant is charged with violations of Title 21 United States Code,
2  Sections 841(a)(1), 841(b)(1)(A), 841(b)(1)(B), and 846, and Title 18 United States Code,
3  Section 1956(h).

4    Description of Charges: Conspiracy to manufacture marijuana; conspiracy to distribute
5  marijuana; manufacture of marijuana; conspiracy to engage in money laundering.

7  DATED: December 3, 2007                    Respectfully submitted,

8                                             SCOTT N. SCHOOLS
                                              United States Attorney

10                                            *[signature]*
11                                            ANDREW P. CAPUTO
                                              Assistant United States Attorney

PENALTIES

Counts 1-2:   Mandatory minimum 10 years imprisonment; maximum term of life imprisonment; mandatory minimum five years supervised release; maximum term of life on supervised release; maximum $4 million fine; $100 special assessment.

Count 3:   Mandatory minimum five years imprisonment; maximum term of 40 years imprisonment; mandatory minimum four years supervised release; maximum term of life on supervised release; maximum $2 million fine; $100 special assessment.

Count 5:   Maximum term of 20 years imprisonment; maximum term of three years supervised release; maximum fine of $500,000 or twice the value of the property involved in the transaction, whichever is greater; $100 special assessment.

# United States District Court
## WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| JEFF CHOW | |
| | CASE NUMBER: CR07-387 JLR |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **JEFF CHOW**  and bring him or her forthwith to the nearest magistrate judge to answer a(n) **INDICTMENT** charging him or her with:

| Count 1: | Conspiracy to Manufacture Marijuana |
| | 21:841(a)(1), 841(b)(1)(A), & 846 |
| Count 2: | Conspiracy to Distribute Marijuana |
| | 21:841(a)(1), 841(b)(1)(A), & 846 |
| Count 3: | Manufacture of Marijuana - 9650 South 222nd Street |
| | 21:841(a)(1) & 841(b)(1)(B) |
| Count 5: | Conspiracy to Engage in Money Laundering |
| | 18:1956(h) |

| James Kelly | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | November 16, 2007 at Seattle, Washington |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at ____ by ____ | |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at ____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |