rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK<br>Brenda Tolbert | | | REPORTER/FTR<br>9:48 - 9:52 | |
| MAGISTRATE JUDGE<br>HON. MARIA-ELENA JAMES | | DATE<br>December 4, 2007 | | NEW CASE<br>☐ | CASE NUMBER<br>3-07-70718 MAG | |

### APPEARANCES

| DEFENDANT<br>JEFF CHOW | AGE<br>28 | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Elizabeth Falk, prov'ly | PD. ☒  RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Drew Caputo | INTERPRETER<br>Cantonese-Needed | | | FIN. AFFT ☐<br>SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Brad Wilson | | | DEF ELIGIBLE FOR ☐<br>APPT'D COUNSEL | PARTIAL PAYMENT ☐<br>OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☒ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

**FILED DEC 04 2007**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED<br>DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH   $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☒ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>12-6-07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>MEJ | ☒ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☒ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

BT, PTS