rev. 9/6/07

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): | | |
|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Brenda Tolbert | | | REPORTER/FTR 9:53-9:54 - 9:57-10:00 - 10:32-10:45 | |
| MAGISTRATE JUDGE HON. MARIA-ELENA JAMES | | DATE December 6, 2007 | | NEW CASE ☐ | CASE NUMBER 3-07-70718 MAG | |

| APPEARANCES | | | | | | |
|---|---|---|---|---|---|---|
| DEFENDANT JEFF CHOW | | AGE 28 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Elizabeth Falk | PD. ☒ RET. ☐ APPT. ☒ |
| U.S. ATTORNEY Candace Kelly | | INTERPRETER Cantonese-Tom Lam | | ☒ | FIN. AFFT SUBMITTED ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Ameilia Berthelsen | | | DEF ELIGIBLE FOR APPT'D COUNSEL ☒ | PARTIAL PAYMENT OF CJA FEES ☐ | |

| PROCEEDINGS SCHEDULED TO OCCUR | | | | | | |
|---|---|---|---|---|---|---|
| ☐ INITIAL APPEAR | ☐ PRELIM HRG | | ☐ MOTION | ☐ JUGM'T & SENTG | | ☐ STATUS |
| ☒ I.D. COUNSEL 4 min | ☐ ARRAIGNMENT | | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | | ☐ OTHER |
| ☒ DETENTION HRG 13 min | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | ☐ PROB. REVOC. | | ☐ ATTY APPT HEARING |

| INITIAL APPEARANCE | | | | |
|---|---|---|---|---|
| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: | |

| ARRAIGNMENT | | | |
|---|---|---|---|
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |

FILED
DEC 0 7 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RELEASE | | | | |
|---|---|---|---|---|
| ☐ RELEASED ON O/R | ☒ ISSUED APPEARANCE BOND | AMT OF SECURITY $ 150,000 | SPECIAL NOTES *CASH DEPOSITED* DATE:12-6-07 | |
| PROPERTY TO BE POSTED ☒ CASH  $ 150,000 | | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ | |
| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED ☒ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☐ REMANDED TO CUSTODY |
| ORDER REMOVED TO THE DISTRICT OF | | | | |

| PLEA | | | |
|---|---|---|---|
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

| CONTINUANCE | | | | |
|---|---|---|---|---|
| TO: 12-13-07 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
| AT: 9:30 A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN- MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. MEJ | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

**ADDITIONAL PROCEEDINGS**

John Lee will pay Cash/Cashiers $150,000 - AUSA to Approve which will then be delivered to Finance. ID Hearing Waived.

BT, PTS, FINANCE