BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant CHOW

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY CHOW, <br><br> Defendant. | No. CR 07-70718 MEJ <br><br> **MOTION FOR EXONERATION OF BOND** <br><br> Date:    September 9, 2009 <br> Court:   The Honorable Maria-Elena James |

On December 6, 2007, Mr. Chow was released by this Court on a $150,000 secured bond, based on his promise to appear for criminal proceedings in the Western District of Washington, Case No. 07-387 JLR. Mr. Chow did appear as promised, and did not fail to appear for any court dates in Washington. *See* Docket for Case No. 07-387 JLR, attached hereto as Exhibit A. On March 30, 2009, judgment was entered against Mr. Chow; he was ordered to serve 12 months and 1 day in the custody of the BOP, and to surrender for service of sentence on July 1, 2009. *See* Judgment and Commitment, attached hereto as Exhibit B. On July 1, 2009, Mr. Chow surrendered for service of sentence as required to FCI Herlong in Herlong; California, as attested to by the Marshal Service in executing the judgment. *See* Exhibit B, at p. 2; *see also* Exhibit C, Printout from BOP.gov website indicating Mr. Chow is currently in custody at FCI Herlong. The criminal proceedings for which Mr. Chow's $150,000 secured bond was posted are thus now complete.

WHEREAS, Mr. Chow respectfully requests the Court to exonerate the bond in the

1  aforementioned case so the bond funds can be returned to Mr. Chow's family members.

2

3                                          Respectfully submitted,

4                                          BARRY J. PORTMAN
                                           Federal Public Defender
5
                                                  /S/
6
                                           ELIZABETH M. FALK
7                                          Assistant Federal Public Defender

8

9

10                              **[PROPOSED] ORDER**

11

12      The bond in this case is hereby EXONERATED. The clerk of court is directed to return the

13  funds used to secure bond in this matter to the depositors forthwith.

14

15  DATED: September 18, 2009
                                           _____
16                                         THE HONORABLE MARIA-ELENA JAMES
                                           UNITED STATES MAGISTRATE JUDGE
17

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Maria-Elena James]*

18

19

20

21

22

23   cc: Candml_SF Finance

24

25

26

MOTION AND [PROPOSED] ORDER EXONERATING BOND
07-70718 MEJ                               - 2 -